UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. |
| | § | A-04-257M |
| TERRANCE MITCHELL | § | |

FILED
AUG 17 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

### ORDER SUBSTITUTING COUNSEL

BE IT REMEMBERED, that on the 17th day of August, 2004, came on to be considered the above and foregoing Motion for Substitution of Counsel by Defendant. After consideration of the same, it is the opinion of the Court that the same be:

(✓)   GRANTED

(  )   DENIED

SIGNED AND ENTERED on ___August 17___, 2004.

_____
JUDGE PRESIDING