AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS - AUSTIN DIVISION

FILED

AUG 24 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

**UNITED STATES OF AMERICA,**

v.

**TERRENCE MITCHELL**

**WAIVER OF PRELIMINARY HEARING**

**(Fed. R. Crim P. 5.1)**

CASE NUMBER: A-04-257M

I, _____ **TERRENCE MITCHELL** _____ charged in a (complaint) (petition) pending in this District with **POSSESS WITH INTENT TO DISTRIBUTE COCAINE** in violation of Title __**21**__, U.SC., __**841 (a)(1)**__, and having appeared before this Court and been advised of my rights as required, including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary hearing.

X _____
Defendant

8-24-04
Date:

_____
Counsel for Defendant

Tuesday, August 24, 2004

10