# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

FILED

AUG 2 4 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
         DEPUTY CLERK

**UNITED STATES OF AMERICA,**

v.

**CASE NUMBER: A-04-257M**

**TERRENCE MITCHELL**
*Defendant*

### DEFENDANT'S RESPONSE TO NOTICE OF DETENTION HEARING

Defendant, Terrence Mitchell, files this response to the Notice of Detention Hearing which was issued by the Court. After further investigation, Defendant wishes at this time to waive his/her right to the detention hearing, subject to his/her right to bring a motion concerning detention at a later date.

X _____
**DEFENDANT**

8-24-04
**DATE**

Respectfully submitted,

_____
**ATTORNEY FOR DEFENDANT**

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was hand delivered to the Assistant United States Attorney on the _____ day of _____.

_____
**ATTORNEY FOR DEFENDANT**

