UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
NOV - 4 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | CRIMINAL NO. A 04 CR 203(1) SS |
| | § § | |
| TERRENCE DOYLE MITCHELL | § | |

## CONSENT TO ADMINISTRATION OF GUILTY AND FED.R.CRIM.P. 11 ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

I, TERRENCE DOYLE MITCHELL, defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before United States Magistrate Judge ANDREW W. AUSTIN. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 4th day of November, 2004.

_____
TERRENCE DOYLE MITCHELL
Defendant

_____
CHARLES POPPER
ATTORNEY FOR DEFENDANT

_____
ELIZABETH COTTINGHAM
ATTORNEY FOR GOVERNMENT