IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
AUSTIN DIVISION
2005 JA 24 PM 1:22
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY: _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. |
| | § | A-04—CR-203(1)SS |
| TERRENCE MITCHELL | § | |

### WAIVER OF APPEAL

Comes now, TERRENCE MITCHELL, Defendant in the above referenced case and would make the following waiver of his right to appeal on the 24th of January, 2005:

I, Terrence Mitchell know that I have a federal right to appeal my case. I am choosing not to appeal my case.

Respectfully submitted,

_____          1-24-05
TERRENCE MITCHELL                Date
Defendant

_____          1-24-05
Charles Popper                   DATE
Attorney For Defendant
713 W. 14th
Austin, TX 78701
512 477 7111

CERTIFICATE OF SERVICE

As attorney for the defendant, I Charles Popper do hereby certify that a true and correct copy of the above and foregoing document was delivered via facsimile to AUSA Liz Cottingham on this the 24th day of January, 2004.

58

Charles Popper