FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JAN 2 4 2005

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CAUSE NO. A04 CR-203 (I) SS |
| Plantiff, ) | |
| ) | |
| VS. ) | MOTION TO REQUEST FEDERAL PUBLIC |
| ) | DEFENDER COUNSEL OR PRIVATE COUNSEL |
| ) | AT GOVERNMENT EXPENSES FOR DIRECT |
| Defendant, ) | APPEAL PURPOSES ONLY |
| TERRENCE MITCHELL ) | AND FORM CJA 23 |

TO THE HONORABLE JUDGE OF THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION,

NOW COMES **Terrence Mitchell**, Defendant, Respectfully move this honorable Court, and files this Motion to request a Federal Public Defender or Private Counsel at Government Expense for Direct Appeal purposes only, and Form CJA 23.

I.

The defendant is unable to pay for a Private Counsel, and declares to be indigent.

II.

The Defendant respectfully requests a Federal Public Defender or Private Counsel at Government Expenses, Indigent Petitioner to procure Defendant Direct Appeal.

WHEREFORE **Terrence Mitchell**, Defendant, respectfully Prays that this Honorable Court, Order of the mentioned request for a Federal Public Defender for counsel or Private Counsel at Government Expenses to procure the Defendant Direct Appeal.

Dated on this 20th day of January, 2005.

Respectfully Submitted,

_____
Terrence Mitchell
USM (04106-180)
T. Don Hutto, CCA
PO Box 1063
Taylor, TX 76574

60